UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE R. WILSON,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 5:14-cv-03880-PSG<br><br>**JUDGMENT** |

The court has remanded this action to the Commissioner of Social Security.[1]  The Clerk shall close the file.

**SO ORDERED.**

Dated: March 4, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 26.

Case No. 5:14-cv-03880-PSG
JUDGMENT

1